1094

No. 99–8781.  WEAVER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–8782.  WASHINGTON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8783.  TENAUD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–8789.  LOWE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8793.  SHASHATY v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 99–8795.  JAVIER NAVARRO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8798.  BAKER v. OHIO.  Ct. App. Ohio, Clermont County.  Certiorari denied.

No. 99–8800.  WILLIAMS ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 99–8807.  TRIPLETT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–8815.  ROTHENBACH v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–8818.  WHITE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–8824.  ALLEN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–1399.  BONNIE BRIAR SYNDICATE, INC. v. TOWN OF MAMARONECK ET AL.  Ct. App. N. Y.  Motions of Pacific Legal Foundation and National Association of Home Builders for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 99–1484.  POLYAK v. SUMMERS, ATTORNEY GENERAL OF TENNESSEE, ET AL.  C. A. 6th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.